1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | SHAWN KEVIN FROST, SR.,            1:12-cv-01578-MJS (HC)

12 |         Petitioner,                ORDER TRANSFERRING CASE TO THE
                                        SACRAMENTO DIVISION OF THE
13 | v.                                 UNITED STATES DISTRICT COURT,
                                        EASTERN DISTRICT OF CALIFORNIA
14 | G.D. LEWIS, Warden,

15 |         Respondent.

16 | _____/

17   Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action

18 pursuant to 28 U.S.C. § 2254. Petitioner is currently incarcerated at Pelican Bay State

19 Prison in Crescent City, California.

20   Venue for a habeas action is proper in either the district of confinement or the

21 district of conviction. 28 U.S.C. § 2241(d). The district court for the district wherein such

22 an application is filed in the exercise of its discretion and in furtherance of justice may

23 transfer the application to the other district court for hearing and determination. Id.

24   Petitioner is challenging various constitutional violations relating to his conviction

25 from Sacramento County. Sacramento County is located in the Sacramento Division of

26 the United States District Court for the Eastern District of California. Therefore, the petition

1  should have been filed in the Sacramento Division. Local Rule 120(d).

2       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the
3  proper court may, on the court's own motion, be transferred to the proper court.  Therefore,
4  this action will be transferred to the Sacramento Division.

5       Petitioner filed motions to proceed in forma pauperis, appointment of counsel, and
6  discovery, as well as notices of appeal and for a certificate of probable cause. (See ECF
7  Nos. 2-6.) The Court has not ruled on the pending motions and filings.

8       Good cause appearing, IT IS HEREBY ORDERED that:

9       1.  This action is transferred to the United States District Court for the Eastern
10  District of California sitting in Sacramento; and

11       2.  All future filings shall reference the new Sacramento case number assigned
12  and shall be filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

16  IT IS SO ORDERED.

17  Dated:   September 28, 2012             /s/ *Michael J. Seng*
                                                               UNITED STATES MAGISTRATE JUDGE