1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHAWN KEVIN FROST, SR.,

11          Petitioner,               No. 2:12-cv-2461 CKD P

12      vs.

13   G.D. LEWIS,

14          Respondent.               ORDER

15   _____/

16          Respondent's motion to dismiss this action as time-barred is before the court.

17   Petitioner asserts the court should waive the limitations period applicable to this action and

18   proceed to the merits of his habeas petition under the "actual innocence" exception.  See Lee v.

19   Lampert, 653 F.3d 929, 938 (9th Cir. 2011).  In order to evaluate petitioner's "actual innocence"

20   argument, the court requires copies of the transcript of petitioner's trial.  Good cause appearing,

21   IT IS HEREBY ORDERED that respondent shall lodge a copy of the transcript of petitioner's

22   trial within 21 days.

23    Dated: February 19, 2013

24                                        _____
                                          CAROLYN K. DELANEY
25                                        UNITED STATES MAGISTRATE JUDGE

26   1
     fros2461.100